NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC MARSHALL,                              )
                                            )
            Appellant,                      )
                                            )
v.                                          )       Case No. 2D17-1666
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____ )

Opinion filed February 8, 2019.

Appeal from the Circuit Court for Pasco
County; Susan Barthle, Judge.

Howard L. Dimmig, II, Public Defender, and
Matthew D. Bernstein, Assistant Public
Defender, Bartow, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.